# EXHIBIT I

Wing Spirit Stay Relief Orders

**Date Signed:**
**January 19, 2021**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br>WING SPIRIT INC.,<br>    Debtor and<br>    Debtor -in-Possession. | Case No. 20-01383<br>(Chapter 11)<br><br>ORDER GRANTING IN PART HONDA AIRCRAFT COMPANY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br><u>HEARING DATES AND TIMES</u><br>January 11, 2021 @ 2:00 p.m. and January 13, 2021 @ 1:30 p.m.<br><br>Judge: Honorable Robert J. Faris<br><br>Related Docket Nos. 63, 142, 144 |

## ORDER GRANTING IN PART HONDA AIRCRAFT COMPANY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

UPON the Motion of Honda Aircraft Company, LLC ("Honda Aircraft") for Relief from the Automatic Stay (the "Motion") with supporting Declarations and Exhibits (Docket Nos. 63 and 127)[1] seeking to permit Honda Aircraft to

---

[1] Any capitalized terms not otherwise defined herein are intended to have the meaning ascribed to such terms in the Motion.

continue with its efforts to finalize the termination with the FAA of that certain Sublease with Wing Spirit, Inc. ("Debtor") concerning seven Aircraft and to continue with its efforts to repossess the Aircraft; and the Court having considered the Debtor's Response to the Motion (Docket No. 119), and having further conducted interim hearings on the Motion on January 11, 2021, and January 13, 2021, respectively; and the Court having found that it has jurisdiction to consider the Motion and to grant the relief requested therein in accordance with 28 U.S.C. §§ 1334 and 157, and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and the hearing thereon was appropriate under the circumstances and that no other and further notice is required; and upon the record of the hearings and all of the proceedings before the Court in this chapter 11 case; and after due deliberation and sufficient cause appearing to grant the relief requested by the Motion in part as set forth herein; now, therefore

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted in part as set forth herein;

2. The automatic stay is hereby modified and lifted to permit Honda Aircraft and its agents to exercise their rights and remedies under the Sublease and related documentation, and applicable federal, state or local law, to repossess

the following five Aircraft subject to the Sublease and to finalize the termination with the FAA of the Sublease as to such Aircraft:

|   | Airframe Model | Airframe Serial No. | U.S. Reg. No. | Engine Model | EN 1 MSN | EN 2 MSN |
|---|---|---|---|---|---|---|
| 1 | HA-420 | 42000160 | N193WS | HF120-H1A | 883433 | 883466 |
| 2 | HA-420 | 42000111 | N994WS | HF120-H1A | 883334 | 883335 |
| 3 | HA-420 | 42000155 | N191WS | HF120-H1A | 883422 | 883423 |
| 4 | HA-420 | 42000161 | N551WS | HF120-H1A | 883441 | 883434 |
| 5 | HA-420 | 42000118 | N996WS | HF120-H1A | 883351 | 883352 |

4.   Debtor shall immediately surrender the foregoing five Aircraft to HACI together with all associated logbooks for each airframe and engine, maintenance records, loose OEM equipment, manuals and other technical publications, and shall execute all documents required by the FAA to effectuate same;

5.   The balance of HACI's Motion concerning the remaining two Aircraft subject to the Sublease (Nos. 42000073/N992WS and 42000156/N192WS) shall be set for a final hearing on February 8, 2021, at 2:00 p.m., to be heard together with Debtor's Motion to Reject Certain Aircraft Subleases *Nunc Pro Tunc* to the Petition Date (Docket No. 90);

6. The terms of this Order shall remain in effect and shall be binding upon any successor to the Debtor, including any chapter 7 trustee;

7. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived; and

8. The Court shall retain jurisdiction with respect to all matters arising from, or related to, the implementation of this Order.

### END OF ORDER

Submitted by:

Simon Klevansky, Esq.
Alika L. Piper, Esq.
KLEVANSKY PIPER LLP
Davis Pacific Center, Suite 1707
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
Email: sklevansky@kplawhawaii.com
       apiper@kplawhawaii.com

Mark G. Ledwin, Esq.
(Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914)872-7148
Facsimile: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

Attorneys for Movant
HONDA AIRCRAFT COMPANY, LLC

**Date Signed:
February 9, 2021**



SO ORDERED.

_____
Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>WING SPIRIT INC.,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 20-01383<br>(Chapter 11)<br><br>SECOND AND FINAL ORDER GRANTING HONDA AIRCRAFT COMPANY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br><u>HEARING</u><br>Date:  February 8, 2021<br>Time:  2:00 p.m.<br>Judge:  Honorable Robert J. Faris<br><br>Related Docket Nos. 63, 146, 168 |

### SECOND AND FINAL ORDER GRANTING HONDA AIRCRAFT COMPANY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAYSTAY

UPON the Motion of Honda Aircraft Company, LLC ("Honda Aircraft") for Relief from the Automatic Stay (the "Motion") with supporting Declarations and Exhibits (Docket Nos. 63 and 127)[1] seeking to permit Honda Aircraft to

---

[1] Any capitalized terms not otherwise defined herein are intended to have the meaning ascribed to such terms in the Motion.

[8651842v.1]
133444.DOCX

continue with its efforts to finalize the termination with the FAA of that certain Sublease with Wing Spirit, Inc. ("Debtor") concerning seven Aircraft and to continue with its efforts to repossess the Aircraft; and the Court having considered the Debtor's Responses to the Motion (Docket Nos. 119 and 165), and having further conducted interim hearings on the Motion on January 11, 2021 and January 13, 2021, respectively, and a final hearing on February 8, 2021; and the Court having found that it has jurisdiction to consider the Motion and to grant the relief requested therein in accordance with 28 U.S.C. §§ 1334 and 157, and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and the hearings thereon were appropriate under the circumstances and that no other and further notice is required; and the Court having previously entered an Order Granting the Motion in Part as to five Aircraft subject to the Sublease (Docket No. 146); and upon the record of the hearings and all of the proceedings before the Court in this chapter 11 case; and after due deliberation and sufficient cause appearing to grant the relief requested by the Motion in final part as set forth herein; now, therefore

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted in final part as set forth herein;

2. The automatic stay is hereby modified and lifted to permit Honda Aircraft and its agents to exercise their rights and remedies under the Sublease

and related documentation, and applicable federal, state or local law, to repossess the following two Aircraft subject to the Sublease and to finalize the termination with the FAA of the Sublease as to such Aircraft:

|   | Airframe Model | Airframe Serial No. | U.S. Reg. No. | Engine Model | EN 1 MSN | EN 2 MSN |
|---|---|---|---|---|---|---|
| 1 | HA-420 | 42000073 | N992WS | HF120-H1A | 883221 | 883222 |
| 2 | HA-420 | 42000156 | N192WS | HF120-H1A | 883424 | 883425 |

3. Debtor shall immediately surrender the foregoing two Aircraft to HACI together with all associated logbooks for each airframe and engine, maintenance records, loose OEM equipment, manuals and other technical publications, and shall execute all documents required by the FAA to effectuate same;

4. The terms of this Order shall remain in effect and shall be binding upon any successor to the Debtor, including any chapter 7 trustee;

5. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived; and

6. The Court shall retain jurisdiction with respect to all matters arising from, or related to, the implementation of this Order.

**END OF ORDER**

Submitted by:

Simon Klevansky, Esq.
Alika L. Piper, Esq.
KLEVANSKY PIPER LLP
Davis Pacific Center, Suite 1707
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
Email: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com

Mark G. Ledwin, Esq.
(Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914)872-7148
Facsimile: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

Attorneys for Movant
HONDA AIRCRAFT COMPANY, LLC

---

In re Wing Spirit Inc., Case No. 20-01383, United States Bankruptcy Court, District of Hawaii; SECOND AND FINAL ORDER GRANTING HONDA AIRCRAFT COMPANY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY