UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONDA AIRCRAFT COMPANY, LLC, and
AMERICAN HONDA MOTOR CO., INC.,

                            Plaintiffs,

-v-

BANK OF UTAH, *as Owner Trustee of the Matterhorn HondaJet 1 Trust*, and APPLE BANK FOR SAVINGS,

                            Defendants.

21 Civ. 2092 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference is currently scheduled for May 26, 2021, at 4:00 p.m. Due to a conflict with the Court's calendar, that conference is rescheduled to **10:00 a.m. on the same day**. The parties submissions in advance of that conference remain due by May 20, 2021. The conference will remain telephonic. The parties should call into the Court's conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 10, 2021
      New York, New York